UNITED STATES of America,
Plaintiff—Appellee,

v.

Velvet Renard LEGRANDE, III,
Defendant—Appellant.

No. 08–7071.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 24, 2008.

Thomas Norman Cochran, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Patrick Auld, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Velvet Renard LeGrande, III, appeals the district court's order denying his motion filed pursuant to 18 U.S.C.A. § 3582(c) (West 2000 & Supp.2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. LeGrande,* No. 1:98–cr–00286–NCT–2 (M.D.N.C. June 20, 2008).

We deny LeGrande's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*